# United States Court of Appeals
# for the Federal Circuit

---

February 3, 2012

## ERRATA

---

2010-1526

THE DOW CHEMICAL COMPANY,

Plaintiff-Appellee,

v.

NOVA CHEMICALS CORPORATION (CANADA)
and NOVA CHEMICALS INC. (DELAWARE),

Defendants-Appellants.

---

Decided January 24, 2012
Nonprecedential Opinion

---

Please make the following change:

Page 1, " Precedential Opinion" to "Nonprecedential Opinion".